(INND Rev. 1/21)

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

MICHAEL A. WILSON,

[You are the PLAINTIFF, print your full name on this line.]

v.

ELKHART COUNTY CIRCUIT COURT,

[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **3:22-cv-14**

[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br><br>ELKHART COUNTY CIRCUIT COURT, ELKHART SUPERIOR COURT#3 | 101 N MAIN ST.<br>GOSHEN, IN 46526 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__

2. What is your address? 1807 HURON ST.

ELKHART, IN. 46516

3. What is your telephone number: (574) 293-2703

4. Have you ever sued anyone for these exact same claims?

☑ No.

☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                              page 2

## CLAIMS and FACTS

**DO:** Write a short and plain statement telling what each defendant did wrong.

**DO:** Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

*DO: Explain when, where, why, and how these events happened.*

**DO:** Include every fact necessary to explain your case and describe your injuries or damages.

**DO:** Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include the names of minors, social security numbers, or dates of birth.

**DO:** Use each defendant's name every time you refer to that defendant.

**DO:** Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On November 17, 2021 the judge of Elkhart County Circuit Court denied a motion previously filed on my behalf (20D03-1909-CC-001970 ). The record of proceedings will show show that the judge overseeing this case violated my rights to Due Process by not following the procedural process of allowing the other party involved acquitted time to respond to said motion. Attached documents ( 1&2 )

2. The other party may have contested the motion, may have agreed to the motion or may have not responded at all. Point being, the appropriate time frame was not given for a response according to law. This is a direct violation of my rights to Proceedural Due Process.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☑ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?
I would like for the Elkhart County Circuit Court to be held liable for violation of my Constitutional rights to Due Process and honor it. Followed by negotiable compensation for punitive damages regarding this type of violation.

_____
_____

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

MAW  I will keep a copy of this complaint for my records.
MAW  I will promptly notify the court of any change of address.
MAW  I declare **under penalty of perjury** that the statements in this complaint are true.

_Michael D. Wilson_                                     _1·6·2022_
Signature                                               Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]