AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL A WILSON
    Plaintiff

v.   **Civil Action No.**   3:22-cv-14

ELKHART COUNTY CIRCUIT COURT
Elkhart Superior Court #3
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ___ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: This case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2).

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Chief Judge Jon E. DeGuilio.

DATE:   January 10, 2022

GARY T. BELL, CLERK OF COURT

by   s/N. Long
*Signature of Clerk or Deputy Clerk*